

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Glenda L. Johnson
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Tom Dart
of Cook County Dept.
of Corrections
_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

RECEIVED

JUL 2 8 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**
8/4/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 16 C 6410
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Glenda Louise Johnson

    B. List all aliases: None

    C. Prisoner identification number: K01653

    D. Place of present confinement: Logan Correctional Center

    E. Address: PO Box 1000 Lincoln, Ill. 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Tom Dart

       Title: Sheriff

       Place of Employment: Cook County Jail

    B. Defendant: _____

       Title: _____

       Place of Employment: _____

    C. Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: None

    B. Approximate date of filing lawsuit: None

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

    D. List all defendants: None

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

    F. Name of judge to whom case was assigned: None

    G. Basic claim made: None

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

    I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To whom this may concern,

My name is Eilenda Johnson, an inmate currently at Logan C.C. Writing in regards to my stay in Cook County Jail. Where as I, the plaintiff, experienced violation of the 8th Amendments Cruel and Unusual living situation while being detained at Cook County Jail. I was exposed to extreme conditions while being incarcerated in the County Jail. During my stay from August 1, 2014 to December 16, 2015, there was no hot water in the shower areas. The showers was constantly clogged up. We Woman had to stand outside the shower to wash up, and stand on the edge to rinse off to prevent from standing in the previous persons dirty water. Plumbers had to continuously come out at least 2-3 times a week. In the winter their was no heat. Detainees as well as myself had to sleep with all my clothes on, my coat, and thermal set, with 2 or more blankets, if they didn't come around and take the extra blankets. Plus the ceiling was

4

Revised 9/2007

Constantly leaking also. There was mold on all the walls where as inmates had to scrub them clean every day at least twice a day. That building, division 3, was past condemned and should have been closed a long time ago. Its not right that we, as women, had to live in those conditions. Their was also Cockroachs that flew, Spiders, and Mice. It was horrible. While I attended school, we even had to use paper that in the back was paperwork from Division 4. Something really needs to be done so current as well as future inmates/detainees wont have to experience this kind of cruel and unusual conditions and situations.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Would like to be paid for my suffering and living conditions during my stay from 2014-2015 in Cook County Jail.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES  ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____
_____
(Address)